UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAYLE AMANDA LACY,

           Plaintiff,

     v.

ANDREW SAUL,

           Defendant.

Case No. 19-cv-00140-SI

**JUDGMENT**

     The Court has granted plaintiff's motion for summary judgment, denied defendant's cross-motion for summary judgment, and remanded this action to the Commissioner for immediate payment of benefits. Judgment is entered accordingly.

     **IT IS SO ORDERED AND ADJUDGED**.

Dated: October 1, 2019

                          SUSAN ILLSTON
                          United States District Judge